AO 93 (Rev. 5/85) Search Warrant

# United States District Court

__DISTRICT OF DELAWARE__

In the Matter of the Search of
(Address or brief description of property to be seized)

Wachovia Bank Account No. 2000019725329

**SEIZURE WARRANT**

CASE NUMBER: 06-148M

TO: __Special Agent Peter Gangel__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Peter Gangel_ who has reason to believe that in the Southern District of New York there is now certain property which is subject to forfeiture to the United States, namely **(describe the property to be seized)**

the contents of Wachovia Bank Account No. 2000019725329.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime -- 6:00 a.m. to 10:00 p.m.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to _United States Magistrate Judge Mary Pat Thynge_ as required by law.

FILED DEC 4 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

December 1, 2006                at       Wilmington, Delaware
Date                                     City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
Name and Title of Judicial Officer         Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/1/06 | 12/1/06 2:45pm | WACHOVIA BANK |

**INVENTORY MADE IN THE PRESENCE OF**

N/A

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

$ 55,554.76

# CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*Peter A. [signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*     12/4/06
U.S. Judge or Magistrate     Date