IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | **FILED UNDER SEAL** |
| SEIZURE WARRANT | : | Misc. No. 06-148M |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the file in the above-captioned case, because the seizure warrants have been executed.

<blockquote>
COLM F. CONNOLLY<br>
United States Attorney<br><br>
BY: _____<br>
Beth Moskow-Schnoll<br>
Assistant United States Attorney
</blockquote>

Dated: December 4, 2006

**AND NOW** this **6th** day of **December**, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the file in the above-captioned case be **UNSEALED**.

<blockquote>
_____<br>
HONORABLE MARY PAT THYNGE<br>
United States Magistrate Judge<br>
District of Delaware
</blockquote>



FILED
DEC 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE